UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* BUD CONYERS, <br><br>   Plaintiffs, <br><br> v. <br><br> KELLOGG, BROWN & ROOT, INC.; KELLOGG BROWN & ROOT SERVICES, INC.; KELLOGG BROWN & ROOT LLC; OVERSEAS ADMINISTRATION SERVICES, LTD; LA NOUVELLE GENERAL TRADING & CONTRACTING COMPANY; LA NOUVELLE GENERAL TRADING & CONTRACTING COMPANY WLL; LA NOUVELLE GENERAL TRADING & CONTRACTING CORP.; LA NOUVELLE GENERAL TRADING & CONSTRUCTION CORP.; <br><br>   Defendants. | Case No. 4:12-cv-04095-SLD-JEH |

ORDER

Before the Court is Plaintiff's Motion for Reconsideration, ECF No. 87. For the following reasons, the motion is GRANTED.

On March 30, 2015, this Court granted First Kuwaiti's Motion to Dismiss for lack of jurisdiction, ECF No. 71, and dismissed First Kuwaiti and related entities from the case. Mar. 30, 2015 Order 28. The Court dismissed the claims against First Kuwaiti and related entities because it found that it lacked personal jurisdiction over them. *Id.* at 18–23. Plaintiff United States of America now moves the Court to reconsider this Order only insofar as First Kuwaiti and related entities were dismissed with prejudice. Plaintiff argues that, while dismissals

1

pursuant to Rule 41(b) are normal adjudications on the merits, and hence, dismissals with prejudice, dismissals for lack of personal jurisdiction are exceptions to this rule, and hence, the Court's dismissal should have been without prejudice. Mot. Reconsider 1–2. Defendant First Kuwaiti indicated in a brief response, ECF No. 92, that it had no objection to Plaintiff's motion.

A court may revise at any time any order or other decision that adjudicates fewer than all of the claims in a case, so long as final judgment has not been entered as to all parties and claims or the order sought to be revised. Fed. R. Civ. P. 54(b). Any order of dismissal by a court is ordinarily a dismissal with prejudice, and an adjudication on the merits, except for a dismissal for lack of jurisdiction, improper venue, or failure to join a party under Rule 19. Fed. R. Civ. P. 41(b). Since the Court's earlier dismissal of First Kuwaiti Trading Company, First Kuwaiti Trading and Contracting, First Kuwaiti General Trading & Contracting Company, First Kuwaiti General Trading & Contracting Company WLL, and First Kuwaiti Trading & Contracting WLL was a dismissal for want of personal jurisdiction, it should have been a dismissal without prejudice.

Accordingly, Plaintiff's Motion for Reconsideration, ECF No. 87, is GRANTED, and First Kuwaiti is DISMISSED WITHOUT PREJUDICE.

Entered this 23rd day of March, 2016.

s/ Sara Darrow
SARA DARROW
UNITED STATES DISTRICT JUDGE
