IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  *ex rel*. BUD CONYERS,  Plaintiffs,  v.  KELLOGG BROWN & ROOT, INC., *et al.*,  Defendants. | Case No. 4:12-cv-04095 (SLD-JEH) |

**KBR DEFENDANTS' NOTICE TO THE COURT
REGARDING EXPERT DISCLOSURE AND EXPERT REPORT DEADLINES**

Defendants Kellogg Brown & Root Services, Inc., Kellogg Brown & Root, Inc., Kellogg Brown & Root LLC, and Overseas Administrative Services, Ltd. (collectively "KBR" or "KBR Defendants") respectfully submit this Notice to the Court regarding the disclosure of expert reports.

The Court set the government's deadline to disclose experts and provide expert reports on April 13, 2016 and KBR's expert disclosure deadline on May 13, 2016. Amended Joint Discovery Plan (June 3, 2015) [Dkt. 91]; Minute Entry (June 12, 2015) [Dkt. 93] (adopting KBR's proposed schedule from the Amended Joint Discovery Plan). That date has passed without the government's designating experts or moving to amend the schedule.

KBR writes to notify the Court that it does not intend to notice experts except in rebuttal; however, KBR reserves its right to designate experts and provide expert reports after May 13, 2016 in response to any government expert designation or expert report should the government move to extend the schedule. Absent the government's designation of experts, KBR is obviously

unable to designate rebuttal experts, and notwithstanding the discovery issues encountered in this case, KBR believes the government is able to prepare reports and designate experts based on the more than decade-long investigation preceding the filing of this case.[1]

May 5, 2016                                                               Respectfully submitted,

                                                                          s/ Tirzah S. Lollar
                                                                          Tirzah S. Lollar
                                                                          tlollar@velaw.com
                                                                          Craig D. Margolis
                                                                          cmargolis@velaw.com
                                                                          Christian D. Sheehan
                                                                          csheehan@velaw.com
                                                                          Ralph C. Mayrell
                                                                          rmayrell@velaw.com
                                                                          VINSON & ELKINS L.L.P.
                                                                          2200 Pennsylvania Avenue, N.W.
                                                                          Suite 500-W
                                                                          Washington, DC 20037
                                                                          Telephone: 202.639.6500
                                                                          Facsimile:  202.639.6604

                                                                          *Attorneys for KBR Defendants*

---

[1] KBR anticipates that the government, in seeking to change the schedule, may represent the necessity to do so in light of discovery challenges posed by the "data spill" issues involving the Defense Security Service with which this Court is well familiar.  However, as this Court also is aware, the government already has received approximately 1.5 million pages of documents from KBR in response to various subpoenas and investigative demands in the more than decade-long civil and criminal investigations leading up to this False Claims Act case.  In addition, the government itself interviewed dozens of witnesses in the course of these investigations, all before discovery began in this case.  Presumably, the government has more than sufficient information to have enabled it to identify and prepare preliminary expert reports based on the wealth of material previously provided.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of May, 2016, I caused the foregoing to be served by email through the Court's Electronic Case Filing system upon all attorneys of record.

                                                                                s/ Tirzah S. Lollar